PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CHOATE,<br>SARAH ANDERSON,<br>FABIAN GOMEZ,<br>EPIFANIO RAMIREZ,<br>WENDY LABUDA,<br>WILLIAM OWEN,<br>JOALEEN ROGERS,<br><br>Defendants. | CASE NO. 2:22-MJ-0095 KJN<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: July 1, 2022<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah L. Barnes |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney James R. Conolly, and defendants Sarah Anderson, Epifanio Ramirez, Wendy Labuda, and Joaleen Rogers, both individually and by and through their respective undersigned counsel of record, hereby stipulate as follows:

1. The Complaint in this case was filed on June 14, 2022. Defendants Anderson, Ramirez, Gomez, and Rogers first appeared before a judicial officer of the Court in which the charges in this case were pending on June 17, 2022, and Defendant Labuda first appeared on June 21, 2022. The court set a preliminary hearing date of July 1, 2022, and later moved the preliminary hearing for defendant Fabian Gomez only to July 8, 2022. Defendants Robert Choate and William Owen have not yet appeared in

1 this matter and are therefore not included in this stipulation.

2     2. By this stipulation, defendants Anderson, Ramirez, Labuda, and Rogers, and the
3 government, jointly move for an extension of time of the preliminary hearing date to July 8, 2022, at
4 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal
5 Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for
6 preparation, and for the government's continuing investigation of the case. The parties further agree that
7 the interests of justice served by granting this continuance outweigh the best interests of the public and
8 the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

9     3. The parties agree that good cause exists for the extension of time, and that the extension
10 of time would not adversely affect the public interest in the prompt disposition of criminal cases.
11 Therefore, the parties request that the time between July 1, 2022, and July 8, 2022, be excluded pursuant
12 to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

13     IT IS SO STIPULATED.

| | |
|---|---|
| Dated: June 30, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: June 30, 2022 | /s/ DANIEL OLMOS<br>DANIEL OLMOS<br>Counsel for Defendant<br>SARAH ANDERSON |
| Dated: June 30, 2022 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>EPIFANIO RAMIREZ |
| Dated: June 30, 2022 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>WENDY LABUDA |
| Dated: June 30, 2022 | /s/ TAMARA SOLOMON<br>TAMARA SOLOMON<br>Counsel for Defendant<br>JOALEEN ROGERS |

1 PHILLIP A. TALBERT
United States Attorney
2 JAMES R. CONOLLY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-MJ-0095-KJN |
|---|---|
| Plaintiff, | **FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME** |
| v. | |
| ROBERT CHOATE, SARAH ANDERSON, FABIAN GOMEZ, EPIFANIO RAMIREZ, WENDY LABUDA, WILLIAM OWEN, JOALEEN ROGERS, | DATE: July 1, 2022
TIME: 2:00 p.m.
COURT: Hon. Deborah L. Barnes |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on June 30, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

ORDER      1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is **EXTENDED** to **July 8, 2022**, **at 2:00 p.m**.

2. The time between July 1, 2022, and July 8, 2022, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: June 30, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE