PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-147-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SARAH ANDERSON, FABIAN GOMEZ, EPIFANIO RAMIREZ, WENDY LABUDA, WILLIAM OWEN, JOALEEN ROGERS, | DATE: December 12, 2022 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on December 12, 2022.

2. By this stipulation, defendants now move to continue the status conference until February 27, 2023 at 9:00 a.m., and to exclude time between December 12, 2022, and February 27, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced discovery in this matter, consisting of over 1,300 pages of investigative reports and photographs. The government is also in the process of making

1    available to the defense video surveillance evidence for multiple controlled drug buys.

2              b)      Counsel for defendants have met with their clients to discuss their respective
3    cases.  Defense counsel desire additional time to conduct investigation into the charges, the
4    alleged roles of their respective clients, and to review discovery in this case. Defense counsel
5    will need additional time to discuss potential resolutions with their clients, prepare pretrial
6    motions, and otherwise prepare for trial.

7              c)      Counsel for defendants believe that failure to grant the above-requested
8    continuance would deny them the reasonable time necessary for effective preparation, taking into
9    account the exercise of due diligence.

10             d)      The government does not object to the continuance.

11             e)      Based on the above-stated findings, the ends of justice served by continuing the
12   case as requested outweigh the interest of the public and the defendant in a trial within the
13   original date prescribed by the Speedy Trial Act.

14             f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15   et seq., within which trial must commence, the time period of December 12, 2022 to February
16   27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
17   Code T4] because it results from a continuance granted by the Court at defendant's request on
18   the basis of the Court's finding that the ends of justice served by taking such action outweigh the
19   best interest of the public and the defendant in a speedy trial.

20   4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the
21   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
22   must commence.

23       IT IS SO STIPULATED.

Dated:  December 2, 2022                              PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ JAMES R. CONOLLY
                                                      JAMES R. CONOLLY
                                                      Assistant United States Attorney

**[*Signatures continue on following page.*]**

Dated:  December 2, 2022                              /s/ DANIEL B. OLMOS

STIPULATION REGARDING EXCLUDABLE TIME                 2
PERIODS UNDER SPEEDY TRIAL ACT

DANIEL B. OLMOS
Counsel for Defendant
SARAH ANDERSON,

Dated:  December 2, 2022                     /s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
FABIAN GOMEZ

Dated:  December 2, 2022                     /s/ OLAF HEDBERG
OLAF HEDBERG
Counsel for Defendant
EPIFANIO RAMIREZ

Dated:  December 2, 2022                     /s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
WENDY LABUDA

Dated:  December 2, 2022                     /s/ JOHN R. MANNING
JOHN R. MANNING
Counsel for Defendant
WILLIAM OWEN

Dated:  December 2, 2022                     /s/ TAMARA SOLOMON
TAMARA SOLOMON
Counsel for Defendant
JOALEEN ROGERS,

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  December 5, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE