JOHN R. MANNING
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA
(916)-444-3994
Fax (916)-447-0931
jmanniglaw@yahoo.com

Attorney for defendant
William Owen

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SARAH ANDERSON,<br>FABIAN GOMEZ,<br>EPIFANIO RAMIREZ,<br>WENDY LABUDA,<br>WILLIAM OWEN,<br>JOALEEN ROGERS,<br><br>Defendants. | CASE NO. 2:22-CR-147-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 3, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on April 3, 2023.

2. By this stipulation, defendants now move to continue the status conference until June 20, 2023 at 9:00 a.m., and to exclude time between April 3, 2023, and June 20, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this matter, consisting of over 1,300 pages of investigative reports and photographs. The government is also in the process of making available to the defense video surveillance evidence for multiple controlled drug buys as well as

1

additional discovery materials.

  b) Counsel for defendants have met with their clients to discuss their respective cases.  Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 3, 2023 to June 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

[*Signatures continue on following page.*]

| | |
|---|---|
| Dated: March 29, 2023 | /s/ DANIEL B. OLMOS<br>DANIEL B. OLMOS<br>Counsel for Defendant<br>SARAH ANDERSON |
| Dated: March 29, 2023 | /s/ DAVID D. FISCHER<br>DAVID D. FISCHER<br>Counsel for Defendant<br>FABIAN GOMEZ |
| Dated: March 29, 2023 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>EPIFANIO RAMIREZ |
| Dated: March 29, 2023 | /s/ TASHA CHALFANT<br>TASHA CHALFANT<br>Counsel for Defendant<br>WENDY LABUDA |
| Dated: March 29, 2023 | /s/ JOHN R. MANNING<br>JOHN R. MANNING<br>Counsel for Defendant<br>WILLIAM OWEN |
| Dated: March 29, 2023 | /s/ TAMARA SOLOMON<br>TAMARA SOLOMON<br>Counsel for Defendant<br>JOALEEN ROGERS |
| Dated: March 29, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |

//
//
//
//

3

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE