UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 8, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-cr-0147-4 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| SARAH ANDERSON | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SARAH ANDERSON Case No. 2:22-cr-0147-4 WBS  Charges 21 USC § 841(a)(1) from custody for the following reasons:

   **x**   Release on Personal Recognizance

   \_\_\_   Bail Posted in the Sum of $ _____

        \_\_\_   Unsecured Appearance Bond $ _____

        \_\_\_   Appearance Bond with 10% Deposit

        \_\_\_   Appearance Bond with Surety

        \_\_\_   Corporate Surety Bail Bond

   **x**   (Other): Defendant is to report to residential treatment within 12 hours of release.

Issued at Sacramento, California on September 8, 2023 at 2:40 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney