IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>**SARAH ANDERSON**<br><br>    Defendant. | CR NO: 2:22-CR-147-WBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  ☒ Ad Prosequendum  ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Sarah Anderson | |
| Detained at: | El Dorado County Jail, Placerville | |
| Detainee is: | a.) | ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint<br>charging detainee with: 21 U.S.C. §§ 846, 841(a)(1), et al. |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ James Conolly |
| Printed Name & Phone No: | James Conolly; (916) 554-2705 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
  ☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH,** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

| | |
|---|---|
| Dated: September 13, 2023 | /s/ Carolyn K. Delaney<br>Honorable Carolyn K. Delaney<br>U.S. MAGISTRATE JUDGE |

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☐ | ☒ Female |
| Booking or CDC #: | Booking# 123474; CDC# WF06688 | DOB: | 1988/07/23 |
| Facility Address: | 300 Forni Road, Placerville, CA 95667 | Race: | White |
| Facility Phone: | (530) 621-6000 | FBI#: | 896582AD7 |
| Currently Incarcerated For: | 1203.2(a) PC – Probation viol (3 counts); 4573(a) PC- Smuggle cntl sub jl/prsn - Drug equipment violations (F) | | |

## RETURN OF SERVICE

Executed on: _____

        (signature)