IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>SARAH ANDERSON,<br><br>               Defendant. | CASE NO.  2:22-CR-147-WBS<br><br>ORDER TO REVOKE RELEASE |

      On September 8, 2023, this Court issued an Order for Release of Person in Custody, releasing Sarah Anderson on personal recognizance.  ECF 104.  The order required Ms. Anderson to report to residential substance abuse treatment within 12 hours of release.  *Id*.  Ms. Anderson was unable to comply because of pending court matters in the California Superior Court for the County of El Dorado, for which she has been detained.

      The Court hereby ORDERS that its release order of September 8, 2023, be revoked and that a bench warrant issue.

Dated:  September 20, 2023

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE