Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Sarah Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>       vs.<br><br>SARAH ANDERSON, et al.,<br><br>              Defendants. | Case No.: 2:22-cr-000147 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BAIL STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney James R. Conolly, and Defendant Sarah Anderson, through her attorney Daniel B. Olmos, that the bail status hearing now set for October 4, 2023, be continued to October 30, 2023.

Ms. Anderson remains in custody in El Dorado County in a no-bail status in several pending state court matters. Her next state court appearance is scheduled for October 9, 2023. The parties agree that the bail status hearing in this matter should be continued to a date after October 9 when it is reasonably likely that Ms. Anderson can be personally present in Court.

//

//

For the foregoing reasons, the parties stipulate to continue the bail status hearing to October 30, 2023, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: October 3, 2023        NOLAN BARTON OLMOS & LUCIANO LLP


   */S/ Daniel B. Olmos*
   Daniel B. Olmos
   Attorney for Defendant Sarah Anderson


Dated:  October 3, 2023        PHILLIP A. TALBERT

United States Attorney

By:   */S/ James R. Conolly*
   James R. Conolly
   Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>    v.<br><br>SARAH ANDERSON, et al.,<br><br>                Defendants. | Case No.: 2:22-CR-00147 WBS<br><br>**ORDER TO CONTINUE BAIL STATUS HEARING** |

      GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the bail status hearing for Defendant Sarah Anderson be continued to October 30, 2023, at 2:00 p.m. before Magistrate Judge Carolyn K. Delaney.

**Dated:  October 3, 2023**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE