Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Sarah Anderson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>  vs.<br><br>SARAH ANDERSON, et al.,<br><br>        Defendants. | Case No.: 2:22-cr-000147 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BAIL STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney James R. Conolly, and Defendant Sarah Anderson, through her attorney Daniel B. Olmos, that the bail status hearing now set for November 29, 2023, be continued to December 13, 2023.

Ms. Anderson's state court proceedings in El Dorado County have just concluded, although she will not be in the custody of the United States Marshal in time for the November 29 hearing. Undersigned counsel for Ms. Anderson is informed that Ms. Anderson should be transferred to the custody of the Marshal prior to the December 13 hearing.

//

//

*United States v. Anderson, et al.*
Case No. 2:22-cr-000147-WBS
Stipulation and [Proposed] Order to Continue Bail Status Hearing

For the foregoing reasons, the parties stipulate to continue the bail status hearing to December 13, 2023, at 2:00 p.m.

IT IS SO STIPULATED.

Dated: November 28, 2023     NOLAN BARTON OLMOS & LUCIANO LLP

   */s/ Daniel B. Olmos*
   Daniel B. Olmos
   Attorney for Defendant Sarah Anderson

Dated: November 28, 2023     PHILLIP A. TALBERT
   United States Attorney

   By:  */s/ James R. Conolly*
   James R. Conolly
   Assistant United States Attorney

*United States v. Anderson, et al.*
Case No. 2:22-cr-000147-WBS
Stipulation and [Proposed] Order to Continue Bail Status Hearing

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH ANDERSON, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:22-CR-00147 WBS<br><br>[~~PROPOSED~~] ORDER TO CONTINUE BAIL REVIEW HEARING |

　　　　GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the bail status hearing for Defendant Sarah Anderson be continued to December 13, 2023, at 2:00 p.m.

Dated: November 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*United States v. Anderson, et al.*
Case No. 2:22-cr-000147-WBS
Stipulation and [Proposed] Order to Continue Bail Status Hearing