UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 13, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARAH ANDERSON,<br><br>　　　　Defendant. | Case No. 2:22-cr-00147-WBS-4<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SARAH ANDERSON</u> Case No. <u>2:22-cr-00147-WBS-4</u>   Charges <u>18 USC § 3606</u> from custody for the following reasons:

| | |
|---|---|
| __x__ | Release on Personal Recognizance |
| _____ | Bail Posted in the Sum of $ _____ |
| _____ | Unsecured Appearance Bond $ _____ |
| _____ | Appearance Bond with 10% Deposit |
| _____ | Appearance Bond with Surety |
| _____ | Corporate Surety Bail Bond |
| __x__ | (Other): <u>Release is delayed until 12/15/23 at 9:00am where defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814. Defendant thereafter is to also report to the residential treatment center in Fresno.</u> |

Issued at Sacramento, California on December 13, 2023 at 2:40 PM.

Dated:  December 13, 2023

_/s/ Deborah Barnes_
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE