PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-147-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| SARAH ANDERSON, FABIAN GOMEZ, EPIFANIO RAMIREZ, WENDY LABUDA, WILLIAM OWEN, JOALEEN ROGERS, | DATE: July 8, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This case is set for a status conference on July 8, 2024.

2. By this stipulation, defendants now move to continue the status conference until **September 16, 2024 at 9:00 am**, and to exclude time between July 8, 2024, and September 16, 2024 at 9:00 am, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced discovery in this matter, consisting of over 1,300 pages of investigative reports and photographs, including arrest reports, DEA reports, and other

supporting documents. The government has also made available to the defense for viewing at the U.S. Attorney's Office, by appointment, hours of video surveillance evidence for multiple controlled drug buys in the underlying investigation.

      b)      Defense counsel desire additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case, including watching the video evidence the government has made available.  Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 8, 2024 to September 16, 2024 at 9:00 am, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 3, 2024           PHILLIP A. TALBERT
                               United States Attorney

                               /s/ JAMES R. CONOLLY
                               JAMES R. CONOLLY
                               Assistant United States Attorney

Dated:  July 3, 2024           /s/ DANIEL B. OLMOS
                               DANIEL B. OLMOS
                               Counsel for Defendant
                               SARAH ANDERSON,

Dated:  July 3, 2024           /s/ DAVID D. FISCHER
                               DAVID D. FISCHER
                               Counsel for Defendant
                               FABIAN GOMEZ

Dated:  July 3, 2024           /s/ OLAF HEDBERG
                               OLAF HEDBERG
                               Counsel for Defendant
                               EPIFANIO RAMIREZ

Dated:  July 3, 2024           /s/ TASHA CHALFANT
                               TASHA CHALFANT
                               Counsel for Defendant
                               WENDY LABUDA

Dated:  July 3, 2024           /s/ JOHN R. MANNING
                               JOHN R. MANNING
                               Counsel for Defendant
                               WILLIAM OWEN

Dated:  July 3, 2024           /s/ TAMARA SOLOMAN
                               TAMARA SOLOMAN
                               Counsel for Defendant
                               JOALEEN ROGERS

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  July 3, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE