**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
Stephany Garcia (CA State Bar No. 349125)
2230 East Bidwell Street, Ste. 100
Folsom, CA 95630
Phone: (916) 443-1111
Email: chris@walshcriminaldefense.com

Attorneys for Sarah Anderson

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA

V.

SARAH ANDERSON, WILLIAM OWEN,
JOALEEN ROGERS,

CASE NO. 2:22-CR-147-WBS

**AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**

**AMENDED STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This case is set for a status conference on March 23, 2026.

2.      By this stipulation, defendants[1] now move to continue the status conference until **May 26, 2026 at 10:00 a.m.**, and to exclude time between March 23, 2026 and May 26, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.       The parties agree and stipulate, and request that the Court find the following:

a.   The government has produced discovery in this matter, consisting of over 1,300 pages of investigative reports and photographs, including arrest reports, DEA reports, and other supporting documents. The government has also made available to the defense for viewing

---

[1] Defendants Wendy Labuda, Epifanio Ramirez and Fabian Gomez do not join in this stipulation. Wendy Labuda entered a guilty plea on July 21, 2025 (ECF No. 181). Epifanio Ramirez entered an open plea to three of the four counts with which he is charged. (ECF No. 195). Fabian Gomez is being sentenced on Monday, March 23, 2026 and is not participating in this request. (ECF N. 211)

at the U.S. Attorney's Office, by appointment, hours of video surveillance evidence for multiple controlled drug buys in the underlying investigation. Defense counsel desires additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case, including watching the video evidence the government has made available. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.  Additionally, counsel for Mr. Owen has represented the defense (as to Mr. Owen) will be providing the government with well over 200 pages of materials (specific to Mr. Owen) to discuss with the government in plea negotiations. The defense intends to provide the government with the noted materials by January 9, 2026. The government will need time to review the materials, and the parties (Mr. Owen and the government) will need time after the government reviews the materials to discuss any impact the materials may have on plea negations. Finally, counsel for Ms. Rogers has also indicated that counsel requires additional time to conduct investigation in advance of discussions with the government to resolve this case with respect to Ms. Rogers.

b.  In addition, Walsh Law has recently substituted in as counsel for Sarah Anderson. Walsh Law will need additional time to get up to speed on this matter and to discuss the case with their client.

c.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The prior filing indicated that the government did not object to the continuance. However, this was in error. Upon review of the emails, it appears the government had not weighed in on the continuance. At this time, the government has weighed in and does not object to the continuance.  The amended stipulation clarifies this issue.

e.  The original stipulation also included approval by an attorney whose client will be sentenced on Monday, March 23, 2026.  He should not have been included in the stipulation.

f.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 23, 2026 through May 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

Dated: March 17, 2026                                  ERIC GRANT
                                                       United States Attorney

                                                       /s/ JAMES R. CONOLLY
                                                       JAMES R. CONOLLY
                                                       Assistant United States Attorney

Dated: March 17, 2026                                  /s/ JOHN R. MANNING
                                                       JOHN R. MANNING
                                                       Counsel for Defendant
                                                       WILLIAM OWEN

Dated: March 17, 2026                                  /s/ TAMARA SOLOMAN
                                                       TAMARA SOLOMAN
                                                       Counsel for Defendant
                                                       JOALEEN ROGERS

Dated: March 17, 2026                                  /s/ PHILIPPA LAUBEN
                                                       PHILIPPA LAUBEN
                                                       Counsel for Defendant
                                                       SARAH ANDERSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 18, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE