**WALSH LAW**
Chris Walsh (CA State Bar No. 235118)
Philippa Lauben (CA State Bar No. 186153)
Colin Child (CA State Bar No. 285187)
Stephany Garcia (CA State Bar No. 349125)
2230 East Bidwell Street, Ste. 100
Folsom, CA 95630
Phone: (916) 443-1111
Email: chris@walshcriminaldefense.com

Attorneys for Sarah Anderson

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>SARAH ANDERSON, WILLIAM OWEN,<br>JOALEEN ROGERS, | CASE NO. 2:22-CR-147-WBS<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

**AMENDED STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This case is set for a status conference on May 26, 2026.

2.      By this stipulation, defendants[1] now move to continue the status conference until **July 27, 2026 at 10:00 a.m.**, and to exclude time between May 26, 2026, and July 27, 2026 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.       The parties agree and stipulate, and request that the Court find the following:

a.   The government has produced discovery in this matter, consisting of over 1,300 pages of investigative reports and photographs, including arrest reports, DEA reports, and other supporting documents. The government has also made available to the defense for viewing

---

[1] Defendants Wendy Labuda, Epifanio Ramirez and Fabian Gomez do not join in this stipulation. Wendy Labuda entered a guilty plea on July 21, 2025 (ECF No. 181). Epifanio Ramirez entered an open plea to three of the four counts with which he is charged. ECF No. 195. Fabian Gomez was sentenced on March 23, 2026

1

at the U.S. Attorney's Office, by appointment, hours of video surveillance evidence for multiple controlled drug buys in the underlying investigation.

b.  Defense counsel desires additional time to conduct investigation into the charges, the alleged roles of their respective clients, and to review discovery in this case, including watching the video evidence the government has made available. Defense counsel will need additional time to discuss potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

c.  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.  The government does not object to the continuance.

e.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2026 through July 27, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

**IT IS SO STIPULATED.**

Dated: May 20, 2026,                          ERIC GRANT
                                              United States Attorney

                                              /s/ JAMES R. CONOLLY
                                              JAMES R. CONOLLY
                                              Assistant United States Attorney

Dated: May 20, 2026                           /s/ JOHN R. MANNING
                                              JOHN R. MANNING
                                              Counsel for Defendant
                                              WILLIAM OWEN

Dated: May 20, 2026                           /s/ TAMARA SOLOMAN
                                              TAMARA SOLOMAN
                                              Counsel for Defendant
                                              JOALEEN ROGERS

Dated: May 20, 2026                           /s/ PHILIPPA LAUBEN
                                              PHILIPPA LAUBEN
                                              Counsel for Defendant
                                              SARAH ANDERSON


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  May 20, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE